IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PMT HOLDINGS, LTD.<br><br>    Plaintiff,<br><br>v.<br><br>WESTMINSTER, INC.,<br><br>    Defendant. | Case No.: 1:16-cv-04251<br><br>**JURY DEMAND**<br><br>Judge: Hon. Robert Gettleman<br><br>Magistrate Judge: Young B. Kim |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff PMT Holdings, Ltd. hereby voluntarily dismisses its action against Defendant Westminster, Inc. with prejudice. Defendant has neither answered the Complaint nor filed a motion for summary judgment.

DATED: September 13, 2016

Respectfully submitted by,

/s/Edward L. Bishop
Edward L. Bishop
ebishop@bdl-iplaw.com
Nicholas S. Lee
nlee@bdl-iplaw.com
James J. Jagoda
jjagoda@bdl-iplaw.com
Benjamin A. Campbell
bcampbell@bdl-iplaw.com
BISHOP DIEHL & LEE, LTD.
1475 East Woodfield Road, Suite 800
Schaumburg, IL 60173
Phone: (847) 969-9123
Fax: (847) 969-9124

*Attorneys for Plaintiff PMT Holdings, Ltd.*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system September 13, 2016.  Any other counsel of record will be served by electronic mail and/or first class mail.

                                    /s/Edward L. Bishop_____
                                    Edward L. Bishop